IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

MUKHTIAR SINGH KHALSA,

      Plaintiff,

v.                                                         CIV 16-0908 JCH/KBM

HECTOR H. BALDERAS, et al.,

      Defendants.

**ORDER ADOPTING MAGISTRATE JUDGE'S**
**PROPOSED FINDINGS AND RECOMMENDED DISPOSITION**

The Chief Magistrate Judge filed her Proposed Findings Recommending Dismissal of the Complaint without prejudice on December 14, 2016 (*Doc. 6*). The proposed findings notify Plaintiff of his ability to file objections within fourteen (14) days and that failure to do so waives appellate review. *Id.* at 2. To-date, Plaintiff has not filed any objections and there is nothing in the record indicating that the proposed findings were not delivered to Plaintiff's current address of record.

Wherefore,

**IT IS HEREBY ORDERED AS FOLLOWS:**

1. The Magistrate Judge's Proposed Findings and Recommended Disposition (*Doc. 6*) is ADOPTED;

2. Plaintiff's Complaint (*Doc. 1*) is dismissed **without prejudice**;

3. A final order is entered concurrently herewith.

                                                                 _____
                                                                  UNITED STATES DISTRICT JUDGE